[Civil No. 1603.    Filed January 3, 1919.]

[177 Pac. 270.]

SANTA CRUZ COUNTY, STATE OF ARIZONA, Appellant,
v. RAYMOND R. EARHART, Appellee.

APPEAL from a judgment of the Superior Court of the county of Santa Cruz. S. L. Pattee, Judge. Affirmed.

Mr. Wiley E. Jones, Attorney General, Mr. W. P. Geary, Mr. George W. Harben and Mr. Louis B. Whitney, Assistant Attorneys General, and Mr. Charles L. Hardy, County Attorney, for Appellant.

Mr. S. F. Noon and Messrs. Duffy & Purdum, for Appellee.

ROSS, J.—Appellee served appellant county as its treasurer during the years 1915 and 1916. He was paid an annual

salary of $1,800 as provided in paragraph 3236, Civil Code of 1913. He claims he was entitled to a salary of $2,200, as provided in paragraph 2611, Revised Statutes of 1901. His complaint was filed March 31, 1917.

·The answer did not interpose the plea of the one-year statute of limitations, and, as a consequence, we have nothing to do but affirm the judgment. Chapter 80, Laws of 1917, did not take effect until a long time after this action was commenced. *Santa Cruz County* v. *McKnight, ante,* p. 103, 177 Pac. 256, just decided; *Yuma County* v. *Hodges, post,* p. 142, 177 Pac. 270, just decided.

CUNNINGHAM, C. J., and JOHN WILSON ROSS, J., concur.